THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR and Others, Respondents, v. JAMES J. SEXTON and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants, and WILLIAM S. MILLER and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to modify the order by fixing the valuations for the property as follows:

For the year 1933, Land $1,275,000, Total $1,625,000;
For the year 1934, Land $1,150,000, Total $1,495,000;
For tho year 1935, Land $1,075,000, Total $1,414,000;
For the year 1936, Land $1,050,000, Total $1,382,000;
For the year 1937, Land $1,050,000, Total $1,378,000;
For the year 1938, Land $1,050,000, Total $1,375,000.